# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| IN RE: <br><br> SHAWN MICHAEL HUMES <br> SHIRLEY JEAN HUMES <br><br> Debtor(s). | CASE NO. 10-12140 E <br> CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF PLAN BY AMERICREDIT FINANCIAL SERVICES

Comes now, AmeriCredit Financial Services, ("AmeriCredit") by and through its attorney, and in support of its Objection to Confirmation of Plan, would state and show unto the Court that:

1. AmeriCredit is a creditor of the debtor(s) by virtue of that certain Retail Installment Contract dated May 12, 2006 for the purchase of a **2005 GMC LIGHT SIERRA 1500,** which Contract was assigned to AmeriCredit for value and in good faith.

2. Pursuant to the Retail Installment Contract, the amount due and owing to AmeriCredit is $15,185.96 with interest at 16.5 percent.

3. The debtor(s) propose in their Plan that the claim of AmeriCredit be secured at $12,000.00, with 4.75% interest.

4. On the date of the filing of this bankruptcy case, the NADA Guidebook retail value of this vehicle was $16,450.00.

5. Debtors' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. Section 1325 (a)(1) in that it does not provide adequate protection for AmeriCredit's interest pursuant to 11 U.S.C. Section 361.

WHEREFORE, the above premises considered, AmeriCredit prays:

1. That confirmation of the debtors' Chapter 13 Plan, as presently proposed, be denied; and

2. For such other relief to which it may be entitled.

Respectfully submitted,

/s/ Robert J. Fehse

Robert J. Fehse (22786)
Attorney for AmeriCredit Financial Services
88 Union Avenue, Suite 700
Memphis, TN 38103
(901)271-0712
rfehse@haledeweyknight.com

OF COUNSEL:
HALE DEWEY & KNIGHT, PLLC

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on the 11th day of June, 2010, a copy of the foregoing electronically filed Objection to Confirmation of Plan was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Joel G. Hargis
533 West Washington
Jonesboro, AR  72401
Attorney for Debtor

Mark T. McCarty
P.O. Box 5006
North Little Rock, AR  72119-5006
Chapter 13 Trustee

                                      <u>/s/</u> Robert J. Fehse, Esq.