IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

In Re: SHAWN MICHAEL HUMES AND SHIRLEY JEAN HUMES
Case: 10-12140, Chapter 13, Judge Audrey R. Evans

### ORDER SUSTAINING AMERICREDIT FINANCIAL SERVICES, INC.'S OBJECTION TO CONFIRMATION

Now before the Court is the Objection to Confirmation of **AmeriCredit Financial Services, Inc.** (**"Creditor"**), the debtors appearing through counsel, Creditor appearing through its counsel, Pat Brown, and the trustee, and the parties having settled, the Court finds that the parties have agreed to the terms of this Order.

1. The parties recognize that Creditor has a claim against the debtor secured by the following property:

**2007 GMC Envoy, VIN 1GKDT13S172150925**

2. Creditor's objection should be and is hereby sustained, and AmeriCredit Financial Services, Inc's secured claim is $14,684.09 and should be paid at 18.30% interest..

3. Debtor shall within twenty-one (21) days of the date of this Order modify the plan to provide payment to Creditor in the amount of its secured claim of $14,684.09 at 18.30% interest with equal monthly payments and pre-confirmation adequate payments. The modified plan shall further provide for payments at code level 21.

IT IS SO ORDERED

_/s/ Audrey R. Evans_
Audrey R. Evans
United States Bankruptcy Judge
Dated: 08/02/2010

EOD 8/3/2010
by P Becker

E:\BK10\H\humess.ordersustainingobjection.wpd

Approved:

/s Pat Brown

_____
Pat Brown, #Fed. AR Bar 8512
3810 North Peniel
Bethany, OK 73008
Phone (405)787-9950
Attorney for Creditor

/s Mark T. McCarty

_____
Mark T. McCarty, Trustee
P.O. Box 5006
N. Little Rock, AR 72119

/s Joel G. Hargis

_____
Joel G. Hargis
Crawley & DeLoache, PLLC
533 West Washington
Jonesboro, AR 72401
(870) 972-1127
Attorney for Debtor


  CC: Attorney for Debtor(s)
      Debtor(s)
      Trustee
      Attorney for Creditor(s)

E:\BK10\H\humess.ordersustainingobjection.wpd