UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE: SHAWN MICHAEL HUMES and                  NO. 3:10-bk-12140 E
         SHIRLEY JEAN HUMES, Debtors                             CHAPTER 13

VANDERBILT MORTGAGE AND FINANCE, INC.                MOVANT
v.

SHAWN MICHAEL HUMES and
SHIRLEY JEAN HUMES, Debtors
DONNA S. HUMES and
ROBERT E. HUMES. Co-Debtors
and MARK T. MCCARTY, Trustee
                                                                                    RESPONDENTS

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY AND ABANDONMENT

       COMES Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt") by and through its undersigned attorneys and for its Motion for Relief from the Automatic Stay and Co-Debtor Stay and Abandonment, herein states and alleges as follows:

       1.     This Court has exclusive jurisdiction over this proceeding. The debtors filed their Petition under Chapter 13 of the United States Bankruptcy Code on or about March 26, 2010.

       2.     Donna S. Humes and Robert E. Humes are non-bankruptcy co-debtors. Donna S. Humes and Robert E. "Bobby" Humes have a last known address of 8 Lawrence County Road 244, Powhatan, AR 72458.

       3.     Vanderbilt is a secured creditor of the debtors and the co-debtors pursuant to a Manufactured Home Retail Installment Contract-Security Agreement ("Agreement") and Deed of Trust attached hereto as Exhibits "A" and "B," respectively.

4. The Agreement grants a security interest in a **2001 Southern Manufactured Home, Model AK821, 60X28, Serial No. DSDAL33026AB**. For valuable consideration and in the ordinary course of business, the Agreement was assigned to FirstMerit Bank, N.A. The security interest was duly perfected pursuant to an Arkansas Certificate of Title attached hereto as Exhibit "C." The Agreement is also secured by an interest in real estate located in Lawrence County, Arkansas and described in the Deed of Trust, known as **30 Lawrence County Road 244, Powhatan, AR 72458**. The security interest has been perfected by recording of the Deed of Trust in the Real Estate Records of Lawrence County, Arkansas on August 4, 2000 in Book 101 at Page 514. A true and correct copy of the Deed of Trust is attached hereto as Exhibit "B." For valuable consideration and in the ordinary course of business, the Deed of Trust was assigned to FirstMerit Bank, N.A. pursuant to an Assignment of Mortgage recorded in the Real Estate Records of Lawrence County, Arkansas on August 4, 2000 in Book 52 at Page 186, a copy of which is attached hereto as Exhibit "D." Vanderbilt was granted by Continuing Power of Attorney the right to enforce the Agreement in its own name, a copy of which Continuing Power of Attorney is attached hereto as Exhibit "E." For valuable consideration and in the ordinary course of business, the Deed of Trust was then assigned to Vanderbilt pursuant to an Assignment of Deed of Trust recorded in the Real Estate Records of Lawrence County, Arkansas on February 9, 2004 in Book 65 on Page 727, a copy of which is attached hereto as Exhibit "F."

5. The Plan calls for payments direct to Vanderbilt. The payments are not being made by either the Debtors or Co-Debtors and said default in payments is cause for relief from the automatic stay.

6. The debtors' failure to make Plan payments has caused a lapse in insurance. This failure is cause sufficient for relief from the automatic stay.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. prays for relief from the automatic stay and abandonment so that Vanderbilt may pursue its usual state law remedies as to its collateral; that the stay of Rule 4001(a)(3) be waived; and for any relief which is just and equitable.

        Respectfully submitted,

        EICHENBAUM, LILES & HEISTER, P.A.
        124 West Capitol Avenue, Suite 1900
        Little Rock, AR 72201-3717
        Ph: 501/376-4531 -- Phone: 501/376-8433

        By: /s/ Alicia Austin Smith
        Alicia Austin Smith, ABN 2010160
        *Attorneys for Vanderbilt Mortgage and Finance, Inc.*

## CERTIFICATE OF SERVICE

I, Alicia Austin Smith, do hereby certify that on October 21, 2011, the foregoing has been duly served on:

| | |
|---|---|
| Joel G. Hargis | Robert and Donna Humes |
| Michael E. Crawyley, Jr. | 8 Lawrence County Road 244 |
| CRAWLEY & DELOACHE, PLLC | Powhatan, AR 72458 |
| joel@crawleydeloache.com | |
| mikec@crawleydeloache.com | |

with service upon the Chapter 13 Trustee, Mark T. McCarty, via CM/ECF.

        /s/ Alicia Austin Smith
        Alicia Austin Smith

3